1  DILLINGHAM & MURPHY, LLP
   CHININ TANA (SBN 46038)
2  LUCY WANG (SBN 199772)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:  (415) 397-2700
4  Facsimile:  (415) 397-3300

5  Attorneys for Defendant
   SUNOAK INTERNATIONAL, INC.

6              UNITED STATES DISTRICT COURT

7      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                   SAN FRANCISCO DIVISION

9

10 FUJIKURA AMERICA, INC., a Delaware    Case No.: C06 6726 CRB
11 corporaton,
                    Plaintiff,            STIPULATION RE EXTENSION
12                                        OF TIME
           v.
13
   SUNOAK INTERNATIONAL, INC., a
14 California corporation,

15                  Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXTENSION OF TIME

1

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that Defendant SUNOAK INTERNATIONAL, INC. has been granted a twenty-day extension of time from November 22, 2006 to December 12, 2006, to file a response to Plaintiff FUJIKURA AMERICA, INC.'s Complaint in this action.

Dated: November 21, 2006

DILLINGHAM & MURPHY, LLP
LUCY F. WANG

By: /s/ Lucy Wang
Attorneys for Defendant
SUNOAK INTERNATIONAL, INC.

Dated: November 21, 2006

SEYFARTH SHAW LLP
MICHAEL T. MCKEEMAN

By: /s/ Michael T. McKeeman
Attorneys for Plaintiff
FUJIKURA AMERICA, INC.

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 27, 2006

STIPULATION RE: EXTENSION OF TIME

2