1  DILLINGHAM & MURPHY, LLP
   CHININ TANA (SBN 46038)
2  LUCY WANG (SBN 199772)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300

5  Attorneys for Defendant
   SUNOAK INTERNATIONAL, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10 | FUJIKURA AMERICA, INC., a Delaware corporation, | Case No.:  C06 6726 CRB |
|---|---|
| Plaintiff, | **STIPULATION RE EXTENSION OF TIME FOR MEDIATION AND TRIAL** |
| v. | |
| SUNOAK INTERNATIONAL, INC., a California corporation, | |
| Defendant. | |

16   The parties have currently agreed to complete mediation no later than April 30, 2007, and

17 have a trial date of August 6, 2007.  The principal for Defendant SUNOAK INTERNATIONAL,

18 INC. has been out of the country on business and will be unavailable until Fall 2007.  The parties

19 have met and conferred, and have agreed to extend the deadline for completing mediation until

20 September 28, 2007, and to move the trial date at least ninety (90) days later from August 6, 2007,

21 until November 6, 2007, or whichever date thereafter most convenient to the Court.

22   **IT IS HEREBY STIPULATED**, by and between the parties hereto, through their

23 respective counsel, that Plaintiff FUJIKURA AMERICA, INC. and Defendant SUNOAK

24 INTERNATIONAL, INC. agree to an extension of time to complete mediation from April 30,

25 ///

26 ///

27 ///

28 ///

1  2007 until September 28, 2007, and to move the trial date from August 6, 2007 until November 6,

2  2007, or whichever date thereafter most convenient to the Court.

3  Dated: April 30, 2007                    DILLINGHAM & MURPHY, LLP
                                             LUCY F. WANG
4

5                                            By:  ___/s/_____
                                                  Attorneys for Defendant
6                                                 SUNOAK INTERNATIONAL, INC.

7

8  Dated: April 30, 2007                    SEYFARTH SHAW LLP
                                             KRISTA L. MITZEL
9

10
                                             By: ___/s/_____
11                                                Attorneys for Plaintiff
                                                  FUJIKURA AMERICA, INC.
12

13                                  **ORDER**

14     The parties are to complete mediation no later than  Sept. 28, 2007.  The current trial date
   will be moved from August 6, 2007 to November 5, 2007.
15

16     SO ORDERED.

17                                           By: _____
                                                  UNITED STATES DISTRICT COURT JUDGE
18

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Page 2 - Case No.:  C066726CRB
STIPULATION RE: EXTENSION OF TIME FOR MEDIATION AND TRIAL