IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJIKURA AMERICA INC., | No. C 06-06726 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUNOAK INTERNATIONAL INC., | |
| Defendant. | |

The Court having granted plaintiff's unopposed motion for summary judgment of its breach of contract claim by Order dated October 1, 2007, judgment is entered in favor of plaintiff and against the defendant in the amount of $79,395.97.

Dated: October 1, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE